## Defendant Status Sheet
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: JOSEPH ANTHONY TURREY <br><br> Is there already a charging document filed for this defendant for this case in this district? <br><br> ☒ Yes    ☐ No          If yes: Superseding Indictment <br><br> If yes, please enter the cause number below: <br><br>    CR Enter CR Cause Number here.     or CR21-5385 BHS <br><br> Has the Defendant had an initial appearance in this case in this district?   ☒ Yes   ☐ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above. <br> ☐ At the FDC under a different cause number: Enter different cause number here. <br> ☐ In custody under this cause number in another District: Enter other District here. <br> ☐ In custody (different cause number) in another District: Enter other info here. <br> ☐ In local custody: Enter local jurisdiction here. <br> ☒ In the community on supervision under cause number: CR21-5385 BHS <br> ☐ At large. <br> ☐ Other: Click or tap here to enter text. |
| **Release** | ☒ Continue Conditions of release <br> ☐ Continue Detention <br> ☐ Not set; temporary detention; detention hearing scheduled for: Click or tap to enter a date. |
| **Arraignment** | ☐ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*). <br> ☐ Summons to be issued for: <br>    ☐ Defendant Address: Click or tap here to enter text. <br> ☒ Letter to defense counsel for appearance on: 11/14/2022 <br>    ☒ Defense Counsel name and address: Julie St. Marie |
| **Trial** | Estimated trial length (days): 3 days |