UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH ANTHONY TURREY,<br><br>　　　　　Defendant. | NO. CR21-5385 BHS<br><br>ORDER CONTINUING CONDITIONS OF RELEASE SECOND SUPERSEDING INDICTMENT |

　　A Superseding Indictment having been returned against the above-named defendant, now therefore

　　IT IS ORDERED that conditions of release be continued as previously set.

　　DATED this 2nd day of November, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING CONDITIONS OF RELEASE
SUPERSEDING INDICTMENT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970