UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH ANTHONY TURREY,<br><br>    Defendant. | No. CR21-5385 BHS<br><br>DEFENDANT'S TRIAL BRIEF |
|---|---|

## I. INTRODUCTION

  The Government's many serious counts against Mr. Turrey rest upon vague accusations by unreliable and troubled young adult witnesses. Events these witnesses allege to have occurred many years ago, were first disclosed and reported to law enforcement in September 2021. These claims are uncorroborated by any witness. No physical evidence exists. No documentary evidence exists.

  Although the Government makes much of a prior, close-in-time statement by M.T. about the Defendant touching her in 2012, there is no evidence that the detail provided recently correlates to what M.T. said at the time to her mother, Brenda Turrey. The Government has provided no evidence to show what, exactly, the Defendant apologized for, in connection with M. T's statement. We do know

DEFENDANT'S TRIAL BRIEF

JULIAN E. ST. MARIE
ST. MARIE LAW, PLLC
2035 E. SIMS WAY
(360) 531-6505
JULIE@STMARIELAW.COM

Brenda Turrey and her daughter did not make any sort of report. No counseling or any sort of intervention was ever sought.

Much of the Government's case is expected to focus on explaining the lack of evidence of these claims.

## II.   TRIAL MATTERS

A. Estimated Length of Trial and Defense Witnesses.

Defense expects its case will last approximately two trial days and expects to call 5 witnesses, excluding the Defendant. Defense does not intend to elicit character testimony. Defense witnesses with personal knowledge of regular interactions between the Defendant and Government witnesses may rebut claims these witnesses were fearful of Defendant or anxious in his presence.

B. Defense Exhibits

Defense expects to make use of Government exhibits. In addition, defense has/will separately file an Exhibit List. Defense exhibits are mainly documents.

C. The Parties' Stipulations

The parties have conferred. Defendant stipulates to both the land status of the alleged locations of alleged assaults, and to Defendant's Indian status.

D. Jury Selection

Defense agrees, a larger than usual jury pool may be necessary due to the nature of this case. Defense will confer with the Government and submit the proposed questionnaire prior to the pre-trial conference.

## III.   EVIDENTIARY ISSUES

A. Jurisdiction and Indian Status

The parties' so stipulate.

DEFENDANT'S TRIAL BRIEF

JULIAN E. ST. MARIE
ST. MARIE LAW, PLLC
2035 E. SIMS WAY
(360) 531-6505
JULIE@STMARIELAW.COM

### B. Audio and Recorded Interviews

As addressed in Defendant's Motions *in Limine*, consistency of prior statements must be demonstrated for admissibility under ER 801(d)(1)B. Defense disagrees with the government's contention that an assertion by defense that prior statements were the product of suggestive questioning by family members or forensic interviews makes prior statements relevant and/or admissible. The government provides no authority in that regard.

### C. Expert Testimony

The government's proposed testimony by a Licensed Social Worker about various, general reasons victims of sexual assault may not report or disclose for many years is helpful to the jury as possible reasons for delayed disclosure is not a subject beyond the ken of the average juror. ER 702 requires a showing expert testimony is helpful to the juror's understanding of a matter beyond common knowledge.

The government's proposed testimony by a Pediatric Nurse Practitioner to explain that sexual assault may not result in physical evidence is irrelevant because no evidence exists to suggest any of these alleged witnesses ever sought or was provided a Sexual Assault Nurse's Exam. Thus, such testimony is irrelevant, prejudicial and a waste of time. ER 401, 402, 403.

Licensed Clinical Psychologist Steve Adelman's information about these victims is based entirely upon self-report. The fact of counseling does not have any tendency to make any fact at issue in this case more or less true. It is irrelevant and should be excluded pursuant to ER 401, 402, 403.

### D. Credibility of government witnesses

Defense agrees, ER 608 precludes extrinsic evidence of specific instances of conduct. However, credibility is always an issue. Specific instances of conduct may become admissible for purposes of impeachment.

DEFENDANT'S TRIAL BRIEF

JULIAN E. ST. MARIE
ST. MARIE LAW, PLLC
2035 E. SIMS WAY
(360) 531-6505
JULIE@STMARIELAW.COM

E. <u>Hearsay</u>

Defense expects hearsay issues may arise. The parties should be required to state the rule without argument, in the presence of the jury.

F. <u>Charts and Summaries</u>

Defense may seek to introduce substantive and demonstrative exhibits, including charts and summaries.

## IV.   RECIPROCAL DISCOVERY

The parties have exchanged discovery and conferred. It appears the government may object to defense witness testimony relating to observations about government witnesses' demeanor and interactions with the Defendant, on the basis the testimony was not previously disclosed. However, Declarations provided in Support of Defendant's release outline anticipated witness testimony.

DATED this 7th day of January 2023

**ST. MARIE LAW, PLLC**

s/ Julian E. St. Marie
JULIAN E. ST. MARIE, WSBA No. 27268
Attorney for Defendant

DEFENDANT'S TRIAL BRIEF

JULIAN E. ST. MARIE
ST. MARIE LAW, PLLC
2035 E. SIMS WAY
(360) 531-6505
JULIE@STMARIELAW.COM

# CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant and the Government.

Kristine Foerster
Assistant United States Attorney
United States Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington. 98402
(253) 428-3800

William Dreher
Assistant United States Attorney
United States Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington. 98402
(253) 428-3800

Angelica Williams
Assistant United States Attorney
United States Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington. 98402
(253) 428-3800

ST. MARIE LAW, PLLC

    s/Julian E. St. Marie

JULIAN E. ST. MARIE, WSBA 27268
Attorney for Defendant

DEFENDANT'S TRIAL BRIEF

JULIAN E. ST. MARIE
ST. MARIE LAW, PLLC
2035 E. SIMS WAY
(360) 531-6505
JULIE@STMARIELAW.COM