1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

8
9
10

UNITED STATES,

Plaintiff,

No. CR21-5385 BHS

11
12

vs.

[PROPOSED] ORDER RE
DEFENDANT'S SECOND
MOTIONS IN LIMINE

13
14
15

JOSEPH ANTHONY TURREY,

Defendant.

16
17
18
19

Having reviewed the Defendant's Motions *in Limine* and the record herein,

20

this Court hereby makes the following Orders for the reasons stated by defense:

21
22
23

1. To prohibit prosecution from arguing that the defendant's attorney would not have failed to present favorable evidence if such evidence existed.

24
25

2. prohibit reference or argument to the Defendant's failure to call any witness.

26
27

3. To preclude/limit the prosecution from introducing into evidence hearsay statements, pursuant to ER 801(d)(1)(B).

28

PROPOSED ORDER ON DEFENSE MOTIONS IN LIMINE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4. <u>To prohibit testimony by any witness who cannot accurately perceive, remember, and relate; Defense should be permitted to *voire dire* E.T. with respect to her   competency to   testify, outside the presence of the jury. In the alternative, defense asks this Court to do so.</u>

5. <u>To preclude any witness from consulting with counsel during any break/recess in their testimony.</u>

6. <u>To prevent the Government in its opening statement, or closing argument, to express its opinion about the credibility of any witness or the guilt/innocence of the accused.</u>

7. <u>To prohibit any mention by the Government or any witness that the defendant has retained counsel.</u>

8. <u>To prevent the Government from asking any witness to judge whether or not another witness is lying.</u>

9. <u>To preclude the Government's adult witnesses from bringing a "therapy dog" into the courtroom during their testimony.</u>

10. <u>To preclude testimony by Government witnesses with respect to unfounded allegations of Defendant's abuse of alcohol.</u>

11. <u>To exclude testimony that I.T. saw E.T. crying in the hallway, at some unknown date and time.</u>

12. <u>To preclude counsel from any reference to motions *in limine* or the court's ruling on these motions.</u>

DATED this ___ day of January, 2023.

_____
Hon. Judge Settle

PROPOSED ORDER ON DEFENSE MOTIONS IN LIMINE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2023, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system which will send notification of such

filing to the attorney(s) of record for the defendant and the Government.

Kristine Foerster
Assistant United States Attorney
United States Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington. 98402
(253) 428-3800


William Dreher
Assistant United States Attorney
United States Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington. 98402
(253) 428-3800


Angelica Williams
Assistant United States Attorney
United States Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington. 98402
(253) 428-3800

ST. MARIE LAW, PLLC

s/Julian E. St. Marie

JULIAN E. ST. MARIE, WSBA 27268
Attorney for Defendant

PROPOSED ORDER ON DEFENSE MOTIONS IN LIMINE